**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Hyde Park      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.    Case No.
Same Defendant    New Defendant
Magistrate Judge Case Number: 20-mj-4348-DHH
Search Warrant Case Number: 20-mj-4332-DHH
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Johnathan Taylor    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Hyde Park, MA

Birth date (Yr only): 1990    SSN (last4#): 1727    Sex: M    Race: Black    Nationality: USA

**Defense Counsel if known:**    Address: FPD

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** Anne Paruti    Bar Number if applicable: 670356

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 12/08/2020

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Judge Hennessy on Dec. 15, 2020

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/14/2021    Signature of AUSA: [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Johnathan Taylor

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography | 2 |
| Set 3 | 18 U.S.C. § 2253 | Criminal forfeiture allegation | - |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____