UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 21-cr-10015-FDS |
| | ) | |
| JOHNATHAN TAYLOR, | ) | |
| Defendant. | ) | |

**JOINT FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(c), the parties hereby file the following status report prepared in connection with the final status conference scheduled for September 10, 2021.

(1)   Request for Rule 11 Hearing

The defendant does not, at this time, request that the case be transferred to the district judge for a Rule 11 hearing.

(2)   Request for Pretrial Conference

The defendant requests an additional status conference before the Magistrate Judge before the case is returned to the district court. Defense counsel has engaged a forensic psychologist to perform an evaluation involving the defendant. Due to the summer leave/vacation schedule of the expert, counsel anticipates that an additional 30-45 days would be sufficient to complete the process.

In anticipation of a future pretrial conference before the district judge, the parties state:

(A)   The government believes that it has fulfilled its automatic discovery obligations. The government does not anticipate providing further discovery absent any particular request (apart from its trial-related obligations, if a trial is scheduled).

(B)   Defense counsel has not yet determined whether he will make additional discovery requests.

(C)   The defendant has not filed any motions under Fed. R. Crim. P. 12(b) and has not yet determined whether he will file any such motions.

(D)   All of the time has been excluded from the defendant's initial appearance through the date of the final status conference on September 10, 2021, apart from seven days

between the filing of the indictment and the defendant's arraignment. There are no matters currently tolling the running of the time period under the Speedy Trial Act. The parties request that the time be excluded until the next hearing scheduled, pursuant to 18 U.S.C. § 3161(h)(7)(A).

(E) The parties estimate that a trial in this matter would take approximately one week.

(3) <u>Other Matters</u>

Based on the foregoing, the parties request that the final status hearing be cancelled and that the matter be scheduled for a further status hearing in approximately 45 days.

                                                  Respectfully submitted,

| | |
|---|---|
| JOHNATHAN TAYLOR | NATHANIEL R. MENDELL |
| Defendant | Acting United States Attorney |
| | |
| By: /s/ Oscar Cruz | By: /s/ Anne Paruti |
| Assistant Federal Public Defender | Assistant U.S. Attorney |

Dated: September 9, 2021

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                                       /s/ Anne Paruti
                                                       Assistant U.S. Attorney

Dated: September 9, 2021