UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>JOHNATHAN TAYLOR, )<br>    Defendant. ) | Criminal No: 21-cr-10015-FDS |

## JOINT FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the parties hereby file the following status report prepared in connection with the final status conference scheduled for October 19, 2021.

(1)    <u>Request for Rule 11 Hearing</u>

The defendant does not, at this time, request that the case be transferred to the district judge for a Rule 11 hearing. The defendant requests that the case be scheduled for an initial pretrial conference, as outlined below.

(2)    <u>Request for Pretrial Conference</u>

The defendant requests that the case be scheduled for an initial pretrial conference before the district court. Defense counsel is working with an expert who is reviewing discovery materials and is performing an evaluation of the defendant. That process is ongoing and is not likely to be completed for several more weeks.

In anticipation of a future pretrial conference before the district judge, the parties state:

(A)    The government believes that it has fulfilled its automatic discovery obligations. The government does not anticipate providing further discovery absent any particular request (apart from its trial-related obligations, if a trial is scheduled).

(B)    Defense counsel has not yet determined whether he will make additional discovery requests.

(C)    The defendant has not filed any motions under Fed. R. Crim. P. 12(b) and has not yet determined whether he will file any such motions.

(D) All of the time has been excluded from the defendant's initial appearance through the date of the final status conference on October 19, 2021, apart from seven days between the filing of the indictment and the defendant's arraignment.  There are no matters currently tolling the running of the time period under the Speedy Trial Act.  The parties request that the time be excluded until the next hearing scheduled, pursuant to 18 U.S.C. § 3161(h)(7)(A).

(E) The parties estimate that a trial in this matter would take approximately one week.

(3) <u>Other Matters</u>

Based on the foregoing, the parties request that the final status hearing be cancelled and that the matter be scheduled for an initial pretrial conference in approximately 30 days.

                                                    Respectfully submitted,

| | |
|---|---|
| JOHNATHAN TAYLOR | NATHANIEL R. MENDELL |
| Defendant | Acting United States Attorney |
| | |
| By: /s/ Oscar Cruz | By: /s/ Anne Paruti |
| Assistant Federal Public Defender | Assistant U.S. Attorney |

Dated: October 19, 2021

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                /s/ Anne Paruti
                Assistant U.S. Attorney

Dated: October 19, 2021