# Exhibit B

To the Honorable Chief United States District Judge F. Dennis Saylor IV:

I am sure that you will have gotten many of these facts from probation, the prosecution, and other court-related resources for this case, but I wanted to give you, the judge, an insight into myself and how I arrived before your court room.

I believe that the reasons that I committed these crimes was due to both my personality but also how my upbringing contributed to these actions. As far as personal care and well-being, my childhood was good by many standards. Despite my parents' marital issues, due to my father's substance abuse, my siblings and myself were taken care of; save for one incident towards myself described in the presentence report. I have always lived in Boston; primarily being raised by my mother's side of the family for most of my life, raised in a sheltered environment. Life skills that many find easy and natural are somewhat absent from those that I have developed and learned over the years. High school and college were formative years academically but were also suffocating due to my own social ineptitude.

I started viewing pornography around 6th grade at the age of 11. I also knew around that age that I was not interested in the opposite sex like others were or expressed. At the time, others who had greater knowledge and freedom than I would pass around printed out images. I believe that was when my exposure to this material became a drive for something I believed I was missing out on. At that age, everything is new, a joke, or an adventure; using what devices were available to me at the time both in and out the home. It branched out into many forms of content such as movies, tv shows, etc.

I believe that what started as an interest at the time later became an addiction that continued to this day. I can list many reasons why, but none would suffice to justify what I could not overcome. I know I lived most days in fear of being discovered and even in one circumstance where I was, that only deterred me for a short period of time. My fears of rejection and loss of a home held me back, even in those times when certain organizations began to be formed to combat or addressed those very concerns.

If I am honest, these actions I committed were also a form of expression and, in a minor way, defiance due to the environments I found myself in. My education from institutions with religious orientations served to increase the anxiety and fears already present because of my sexuality and what I felt was the absence of community that fully understood who I was. It also did not help that I transitioned from a 10/12-hour middle school where I knew and spent most of my day with everyone to a high school where I did not and felt I had no choice in attending. I regret not communicating everything at that age instead of accepting the decision and circumstances for what they were.

I, of course, found non-sexual content to occupy myself in those years but pornography still had a presence on my life. My attention span was also erratic at the time; spending hours carrying out one activity while contemplating something else unrelated. Something that has continued to today, but I have learned to cope with; without being medically addressed. The only real deterrence back then was anxiety and programs that would make me feel uncomfortable with my actions. I am sure there may have been signs of what I was going through but practice at bottling up my thoughts, feelings, and emotions became a habit and characteristic of my identity. I had also used pornography as a release valve to cope with everything.

I think college was where the path to help and the absolute fear of consequences began to diminish. I had moved into an on-campus dorm and found a forum that mentioned Tor and its advantages in minimizing the risk of my actions. Finding myself in an environment where I once again felt I had to start over, I began to further isolate myself, spending my time between classes and a variety of activities.

I would like to state at this point what few may believe. It was not necessarily the content that was the focus of my actions but the viewing and acquiring of an experience that was absent from my life and the choices I made. Most will not be able to comprehend this aspect, but it is nonetheless my truth.

I can tell you that it has been an ongoing battle between the immorality of my actions and using child pornography to fill in the blanks of such experiences earlier on in life, which I know is inexcusable. Rather than establish real world relationships, express my sexuality and identity, and grow like others; I resorted to placing everything online through whatever I could find.

I became desensitized to the content and my actions over time. Do I know the severity of my crime? Yes. Did I make attempts to combat my actions over an extended period? Yes. Was it enough? No. I don't know how to communicate the struggles I had. I deleted content, delved into books and other entertainment to escape but this dark aspect of my life kept a foothold throughout the years. The lack of perceived danger and length of my activity into this material prevented me from seeing the harm my actions were causing to my community, my family, myself and those who suffered through the content I was viewing. There was always the option to communicate in some way what I was going through but, as I said before, I reasoned away everything and sporadically continued to view these materials.

I regret my actions; my inability to have dealt with the totality of my actions has caused nothing but damage. I apologize to those who suffered what I have witnessed and those who are suffering the consequences of my actions. I accept responsibility; the act of waiving my rights upon arrest and agreeing to a recorded interrogation is an example of that; not just shock or other mental factors as may have been implied.

I submit myself to whatever treatments determined by the court and federal penal system. I hope that prison is just one part of the journey; understanding that many difficulties will lie ahead. I can tell you that I am willing to confront these challenges but hope that there will be assistance from the systems I will go through. The presentence interviewer asked if I was interested in returning to my profession; while the answer is yes, I understand that many factors play into such a possibility so I will instead be thankful for whatever can be obtained.

Through this letter to the court, I hope that you have gleaned a sense of what lead me here and my acceptance of responsibility.

Johnathan M. Taylor

Good Day i am writing on behalf of Johnathan and would like to have this letter given to the court if it is not to late.
I am John Taylor and on.behalf of Johnathan Taylor i'm writing this letter. I as parent I should have done better in raising Johnathan instead out of house drinking and getting addicted to
Crack cocaine and chasing the high for several years till i hit rock bottom and turning by life around . i know this is not much but my absence
Could have caused. a effect. I as a abused child thought I did not warn Johnathan about my abuse because it was mental and physical abuse. I at a early age from 5 years old to a teen. Im not saying this to find a excuse but if Johnathan maybe knew in the foster homes and trying to get help thru the Catholic Church.
I thought they would have help me and get me to safety , but i was abused by the priest to.
I went to court and named my abuser and received psychology help and was awarded a pay out through the Courts. So im saying if only I told Johnathan could this ,, had a different effect.
I seen how sorry full Johnathan is  an how he effected everyone life specialty children.and has been receiving help and continues seek help with his counselor and the courts help . I see how my son has changed.  Please allow Johnathan to remain home and receive the help he needs .
Thank You